1   JORDAN S. ALTURA  (SBN:  209431)
    jaltura@gordonrees.com
2   DAWN N. VALENTINE (SBN:  206486)
    dvalentine@gordonrees.com
3   GORDON & REES LLP
    275 Battery Street, Suite 2000
4   San Francisco, CA  94111
    Telephone:  (415) 986-5900
5   Facsimile:  (415) 986-8054

6   Attorneys for Defendants
    AUTODESK, INC. LONG-TERM DISABILITY PLAN,
7   AUTODESK, INC. EMPLOYEE WELFARE PLAN,
    and AETNA LIFE INSURANCE CO.

8

9   GEOFFREY V. WHITE (SBN:  068012)
    gvwhite@sprynet.com
10  LAW OFFICE OF GEOFFREY V. WHITE
    351 California Street, Suite 1500
11  San Francisco, CA  94104
    Telephone:  (415 362-5658
12  Facsimile:  (415) 362-4115

13  Attorneys for Plaintiff
    MICHAEL PERANI

14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17

| 18 | MICHAEL PERANI, | ) | CASE NO.  CV 13 2260 EDL |
|----|----------------|---|--------------------------|
| 19 | Plaintiff, | ) ) | CASE MANAGEMENT |
| 20 | vs. | ) ) ) ) | CONFERENCE STATEMENT and STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING CASE |
| 21 | AUTODESK, INC. A LONG-TERM DISABILITY PLAN; AUTODESK, INC. EMPLOYEE | ) ) | MANAGEMENT CONFERENCE AS MODIFIED |
| 22 | WELFARE PLAN; and AETNA LIFE INSURANCE CO., a Connecticut corporation, | ) ) | Date:  February 25, 2014 Time: 3:00 p.m. |
| 23 | Defendants. | ) ) | Loc:   Courtroom E, 15th Floor Hon:   Judge Laporte |
| 24 | | ) ) | Trial Date:  September 22, 2014 |
| 25 | | ) | |

26        Pursuant to the Court's Order of February 4, 2014, Plaintiff MICHAEL PERANI

27  ("Plaintiff") and Defendants AUTODESK INC. LONG-TERM DISABILITY PLAN,

28  AUTODESK, INC. EMPLOYEE WELFARE PLAN, and AETNA LIFE INSURANCE CO.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

1   ("Defendants") (collectively, the "Parties") hereby submit the following Case Management

2   Statement.

3          A settlement agreement has been reached between the Parties that resolves the

4   substantive issues of the litigation.  Aetna has agreed to reinstate long term disability benefits

5   and to pay back benefits.

6          The only issue that remains outstanding between the Parties is that of attorneys' fees

7   owed Plaintiff's counsel.  While Parties remain optimistic that they will achieve a satisfactory

8   compromise on this issue, it may become necessary to involve the Court through a fee motion.

9          In light of the posture of the case and the Parties' progress in achieving full settlement

10  between them, the Parties do not believe that appearance at a Case Management Conference is

11  warranted or would benefit the Action's progress.  The Parties respectfully request that the Court

12  continue the Case Management Conference to March 25, 2014 pending notice of dismissal or

13  unless or until a fee motion is filed.

14

15  Dated:  February 18, 2014                LAW OFFICE OF GEOFFREY V. WHITE

16

17                                          By _/s/ Geoffrey V. White_____
                                                 Geoffrey V. White
18                                          Attorneys for Plaintiff
                                            MICHAEL PERANI
19

20

21  Dated:  February 18, 2014                GORDON & REES LLP

22

23                                          By _/s/ Dawn N. Valentine_____
                                                 Jordan S. Altura
24                                               Dawn N. Valentine
                                            Attorneys for Defendants
25                                          AUTODESK, INC. LONG-TERM DISABILITY
                                            PLAN, AUTODESK, INC. EMPLOYEE
26                                          WELFARE PLAN, and AETNA LIFE
                                            INSURANCE CO.
27

28

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

1

### ATTESTATION OF E-FILED SIGNATURE

2      I, Dawn N. Valentine, am the ECF user whose ID and password are being used to file this
Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance
3  with Local Rule 5-1(i), I hereby attest that Geoffrey V. White, counsel for Plaintiff Michael
Perani, has concurred in this filing.

4

5  Dated:  February 18, 2014                GORDON & REES LLP

6

7                                           By  /s/ Dawn N. Valentine
                                                 Jordan S. Altura
8                                                Dawn N. Valentine
                                           Attorneys for Defendants
9                                          AUTODESK, INC. LONG-TERM DISABILITY
                                           PLAN, AUTODESK, INC. EMPLOYEE
10                                         WELFARE PLAN, and AETNA LIFE
                                           INSURANCE CO.

11

12

13

14

15                                           ### ORDER

16      Pursuant to the foregoing Joint Status Conference Statement and Stipulation, the Case
                                                                    10:00 a.m.
17  Management Conference in this matter is continued to March 25, 2014 at ~~3:00 p. m~~.

18  The parties are ordered to file an updated joint case management conference

19  statement no later than March 18, 2014.

20  Dated: February 19, 2014              _____
                                          Hon. Elizabeth D. Laporte
21                                        United States Magistrate Judge



22

23

24

25

26

27

28

1088513/18569178v.1

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE