UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PERANI,

      Plaintiff,

      v.

AUTODESK INC., et al.,

      Defendants.
_____/

No. C-13-02260 EDL

**ORDER OF CONDITIONAL DISMISSAL**

The parties advised the Court that they have reached a settlement. IT IS HEREBY ORDERED that the March 25, 2014, Case Management Conference is vacated and this case is dismissed without prejudice, with leave to reinstate on or before April 29, 2014 for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: March 19, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge